IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

WILLIE LEE STEWART     PLAINTIFF

v.     CIVIL ACTION NO. 3:18-cv-247-NBB-RP

REGION IV MENTAL HEALTH SERVICE,
DR. SCOTT BAYMILLER, MISSISSIPPI
DEPARTMENT REHABILITATION SERVICE,
KENISH THORNTON, and LULA MERRELL     DEFENDANTS

## FINAL JUDGMENT

On consideration of the file and records in this action, the Court finds that the Report and Recommendation [Docket 8] of the United States Magistrate Judge dated January 23, 2019, was on that date mailed to Plaintiff; more than fourteen days have elapsed since service of the Report and Recommendation; and no objection has been filed or served by Plaintiff. *See* Docket. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the report and recommendation of the United States Magistrate Judge dated January 23, 2019, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the Court.

2. Plaintiff's motion to proceed *in forma pauperis* is **DENIED** and this case is **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

This the 21st day of February, 2019.

                           /s/ Neal Biggers
                           UNITED STATES DISTRICT JUDGE